**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/29/2020_____

Zayo Group LLC,

                                     Plaintiff,

              -against-

MECC Contracting Inc. et al.,

                                     Defendants.

1:18-cv-02459 (LTS) (SDA)

ORDER SCHEDULING
<u>SETTLEMENT CONFERENCE</u>

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Thursday, February 27, 2020 at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

DATED:        New York, New York
              January 29, 2020

                                     _____
                                     STEWART D. AARON
                                     United States Magistrate Judge