USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Zayo Group LLC,

            Plaintiff,

-against-

MECC Contracting Inc. et al.,

           Defendants.

1:18-cv-02459 (LTS) (SDA)

ORDER TO RESCHEDULE
SETTLEMENT CONFERENCE

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The settlement conference currently scheduled for February 27, 2020 is rescheduled for February 18, 2020 at 2:30 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

DATED:    New York, New York
            January 31, 2020

_____
STEWART D. AARON
United States Magistrate Judge